AO91 (Rev. 12/03)  Criminal Complaint                                                                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                               **CRIMINAL COMPLAINT**
vs.

Kevin Leonardo CORDOVA-Guzman                          Case Number: 1:12-po-2031
A205 381 655  El Salvador

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 17, 2012__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on April 17, 2012. The defendant is a citizen of El Salvador who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on April 17, 2012 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Torres, Jesus  Border Patrol Agent
Signature of Complainant

Torres, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 20, 2012                                                                at    Brownsville, Texas
Date                                                                                  City/State

Ronald Morgan           U.S. Magistrate Judge
Name of Judge            Title of Judge                            Signature of Judge